# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NEW MOUNT ZION AFRICAN**
**METHODIST EPISCOPAL CHURCH,**
**TALLAHASSEE, FLORIDA, INC.,**
**a/k/a NEW MOUNT ZION A.M.E.**
**CHURCH, on behalf of itself and all**
**others similarly situated,**

    **Plaintiff,**

**v.**                                    **CASE NO. 4:12-cv-221-MW/CAS**

**FOREST RIVER, INC., and**
**STARCRAFT BUS, a division of**
**FOREST RIVER, INC.,**

    **Defendants.**
_____/

## ORDER STAYING DEADLINES, DENYING MOTIONS
## AS MOOT AND ORDERING STATUS REPORT

This Court has considered, without hearing, the joint letter signed by all counsel, ECF No. 62, filed November 13, 2013, advising this Court a settlement is pending. This Court shall once again **stay all deadlines** and order the parties to provide the Court a **status report** on or before **December 16, 2013,** if this case has not been closed on or before December 16, 2013. In light of the pending settlement, this Court **DENIES as moot** ECF Nos. 22, 49 and 57 – motion for class certification, motion to compel, and motion for leave to file first amended

1

complaint. In so ruling, this Court notes that it will reset the motions if the case is not settled. Furthermore, this Court recognizes that it may need to address the issue of certification depending on the nature and scope of settlement. In the event this case does not settle, this Court shall enter a revised scheduling order.

**SO ORDERED on November 18, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**